UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JOHN MOSBY AND PHYLISS MOSBY, | Civil No. 07-3905 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL** |
| FREDRICK C. MCGEE, | |
| Defendant. | |

_____

Marshall Tanick and Steven Rose, **MANSFIELD TANICK & COHEN, PA**, 220 South Sixth Street, Suite 1700, Minneapolis, MN 55402, for plaintiffs.

David Christianson, **SOCIAL SECURITY DISABILITY LAW CENTER**, 1201 Marquette Avenue South, Suite 110, Minneapolis, MN 55403; Thomas Pearson, **CRONAN PEARSON QUINLIVAN**, 1201 Marquette Avenue South, Suite 110, Minneapolis, MN 55403, for defendant.

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties on August 24, 2009 [Docket No. 98],

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice, without further costs or disbursement to any of the parties.

DATED: August 24, 2009
at Minneapolis, Minnesota.

                                                                      s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                          United States District Judge